IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv172
(3:04cr326)

| | |
|---|---|
| COREY RESHON SIMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** comes before the Court upon the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence. (Doc. No. 1).

The Court has considered the motion and the record of prior proceedings and determined that the United States Attorney should file an answer. Rule 4(b), Rules Governing § 2255 Proceedings.

**IT IS, THEREFORE, ORDERED** that no later than forty (40) days from the filing of this Order, the United States Attorney shall file an answer to Petitioner's Motion to Vacate.

Signed: June 23, 2008

Robert J. Conrad, Jr.
Chief United States District Judge